IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00681-AP

TARA R. RIVERA,
    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Rachel Lundy, Esq.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
(719) 543-8403 (fax)
seckarlaw@mindspring.com

For Defendant:

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout St., Suite 4169
Denver, CO 80294-4003
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

**2.**     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.**     **DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed:** March 5, 2014

    **B.**     **Date Complaint Was Served on U.S. Attorney's Office:** April 14, 2014

  **C.** **Date Answer and Administrative Record Were Filed:**  June 10, 2014

**4.** **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.** **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.** **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.** **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.  This case is not on appeal from a decision issued on remand from this Court.

**8.** **BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

  **A.** **Plaintiff's Opening Brief Due:**  August 11, 2014

  **B.** **Defendant's Response Brief Due:**  September 10, 2014

  **C.** **Plaintiff's Reply Brief (If Any) Due:**  September 25, 2014

**9.** **STATEMENTS REGARDING ORAL ARGUMENT**

  **A.** **Plaintiff's Statement:**  Plaintiff does not request oral argument.

  **B.** **Defendant's Statement:**  Defendant does not request oral argument.

**10.** **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  **A.** **(X )** **All parties have consented to the exercise of jurisdiction of a**

**United States Magistrate Judge.**

**B.    (  )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 30th day of June, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

s/Rachael A. Lundy
Rachel A. Lundy, Esq.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
(719) 543-8403 (fax)
seckarlaw@mindspring.com

Attorney for Plaintiff

JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

s/ Jessica Milano
Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout St., Suite 4169
Denver, CO 80294-4003
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

Attorneys for Defendant