IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-00681-AP**

**TARA R. RIVERA,**

    Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

    Defendant.

## ORDER

Judge John L. Kane **ORDERS**

Defendant's Unopposed Motion for Remand (doc. 17), filed August 29, 2014, is **GRANTED**, and, accordingly, the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g)[1] and **REMANDED** to the Commissioner for further administrative proceedings, as follows:

On remand, the Appeals Council will remand the matter to an administrative law judge (ALJ) for further evaluation of the record and a new decision. The Appeals Council will direct the ALJ to evaluate and exhibit the opinion of Adam Summerlin, M.D., and to further evaluate Plaintiff's residual functional capacity in light of the opinion.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

Dated:  September 2, 2014

                                BY THE COURT:

                                ***s/John L. Kane***
                                John L. Kane, Senior Judge
                                United States District Court